UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MARINA BYKOV, on behalf of herself and all others similarly situated,

Case No.: 1:20-cv-00530-MKB-CLP

**Plaintiff(s),**

-against-

NATIONWIDE CREDIT, INC., and JOHN DOE 1-10,

**NOTICE OF SETTLEMENT**

**Defendant(s).**
-------------------------------------------------------------------------X

Now comes the Plaintiff MARINA BYKOV, on behalf of herself and all others similarly situated, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. Plaintiff respectfully requests that the Court stays this case and adjourns all deadlines and conferences.

3. Plaintiff respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated:   Brooklyn, NY
         February 7, 2021

Law Office of Simon Goldenberg PLLC
*Attorneys for Plaintiff(s)*

**/S/ SIMON GOLDENBERG**
By: Simon Goldenberg, Esq.
818 East 16th Street
Brooklyn, NY 11230
P. 347-640-4357, F. 347-472-0347