**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MARINA BYKOV, on behalf of herself and all others similarly situated,

**Case No.:**
**1:20-cv-00530-MKB-CLP**

**Plaintiff(s),**

**-against-**

NATIONWIDE CREDIT, INC., and
JOHN DOE 1-10,

—————

**Defendant(s).**
-------------------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff, MARINA BYKOV, and Defendants, NATIONWIDE CREDIT, INC., through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff discontinues it's individual claims in the above captioned action against the Defendant(s) with prejudice, and discontinues it's class claims against Defendant(s) without prejudice, without costs or fees to any party as against any other party.

-1-

-2-

Dated:    Brooklyn, New York
          April 9, 2021

**Law Office of Simon Goldenberg, PLLC**

By:    /S/ SIMON GOLDENBERG
       Simon Goldenberg, Esq.
       818 East 16th Street
       Brooklyn, NY 11230
       T: 347-640-4357
       *Counsel for Plaintiff(s)*


Dated:    April 9, 2021

**Sessions, Israel & Shartle**

*/s/ Kirsten Smith_____*
Kirsten H. Smith
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
T: 504.846.7943
ksmith@sessions.legal
*Counsel for and on behalf of*
*NATIONWIDE CREDIT, INC.*